**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Floral Merchandising Systems, Inc,<br><br>Plaintiff,<br><br>vs.<br><br>Super Market Merchandising and Supply, Inc.,<br><br>Defendant. | **CASE NUMBER 00-1358 DSD/JMM**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff and Defendant, by and through their respective counsel, hereby jointly request that the Court enter an order granting Defendant an extension of time to respond to the complaint to July 21, 2000.

Dated: 7-6-00

James T. Martin (#68044)
GISLASON, MARTIN & VARPNESS
7600 Parklawn Avenue, Suite 444
Edina, MN 55435
Telephone: (612) 831-5793
Facsimile: (612) 831-7358

ATTORNEYS FOR PLAINTIFF

Dated: 7-6-00

Daniel J. Maertens (#188311)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7098/7148
Facsimile: (612) 347-7077

FILED JUL 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Ted F. Frapolli
FRAPOLLI, GARNHOLZ, GARNHOLZ &
RICCI, L.C.
1200 South Big Bend Blvd.
St. Louis, MO 63117
Telephone: (314) 647-1200
Facsimile: (314) 647-8816

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing Stipulation of the Parties, IT IS HEREBY ORDERED THAT:

1. The Stipulation is accepted and incorporated herein as this Court's Order;

2. Defendant has until July 21, 2000, to serve and file its response to the complaint.

Dated: July 7, 2000

JOHN M. MASON
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2400313\1