UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 00-1358 (DSD/JMM)

Floral Merchandising Systems, Inc.

Plaintiff,

vs.

**STIPULATION OF DISMISSAL**

Super Market Merchandising and Supply, Inc.,

Defendant.

---

The above-entitled action, having been fully compromised and settled, IT IS HEREBY STIPULATED by and between the parties thereto through their undersigned attorneys that the same may be, and it hereby is dismissed on its merits and with prejudice but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED that without further notice a judgment of dismissal with prejudice and upon the merits, and without costs or disbursements to any of the parties may be entered herein.

**GISLASON, MARTIN & VARPNESS, P.A.**

Dated: 1-15-01

By: ______________________
James T. Martin (MN Atty I.D. # 68044)
7600 Parklawn Avenue, Suite 444
Edina, Minnesota 55435
(952) 831-5793
(952) 831-7358 (facsimile)

**ATTORNEYS FOR PLAINTIFF**

FEB 12 2001

FEB 12 2001

Dated: Feb 1, 2001

**FREDRICKSON & BYRON**

By: ______________________
Lora Esch Mitchell (MN Atty I.D. #259615)
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402-3397
(612) 347-7000
(612) 347-7077 (facsimile)

**ATTORNEYS FOR DEFENDANT**

**ORDER**

IT IS ORDERED that judgment be entered in accordance with the foregoing Stipulation.

Dated: 2/12/01

______________________
David S. Doty
Judge of United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.